UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FATHI ELJAAN

VERSUS

EMAD NOFAL, ET AL.

CIVIL ACTION

16-67-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 27, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's *Complaint*[4] shall be dismissed for lack of subject matter jurisdiction and without prejudice to any right Plaintiff may have to file his claims in state court.

Baton Rouge, Louisiana the 1 day of May, 2017.

                                                              _____
                                                              SHELLY D. DICK, DISTRICT JUDGE
                                                              MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Doc. 30.
[4] Rec. Doc. 1.